# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2005

128614

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

GEORGE GERARD BURGER,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 128614
COA: 251788
Oakland CC: 03-190250-FC

      On order of the Court, the application for leave to appeal the March 17, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2005

t1219

_____
Clerk